**COMMISSIONER OF INTERNAL REVENUE v. SIBLEY et al.**

No. 3255.

Circuit Court of Appeals, First Circuit.

June 22, 1937.

PER CURIAM.

Upon motion of petitioner for review, assented to, it is ordered that this case be docketed; and it is further ordered that the petition for review be, and the same hereby is, dismissed.

■

**COMMISSIONER OF INTERNAL REVENUE v. Lawrence M. VILES, Executor of the Estate of Anna Underwood Viles.**

No. 6226.

Circuit Court of Appeals, Seventh Circuit.

April 7, 1937.

James W. Morris and Morrison Shafroth, both of Washington, D. C., for appellant.

Before EVANS and SPARKS, Circuit Judges.

PER CURIAM.

On motion of counsel for petitioner, and upon consideration of the certificate of the clerk of the United States Board of Tax Appeals, it is now here ordered and adjudged that this cause be docketed in this court and that the petition for review of the decision of the United States Board of Tax Appeals, entered on November 9, 1936, be and the same is hereby dismissed.